**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LINDA ROSS,

                         Plaintiff,

-vs-                                                   Case No.  6:06-cv-428-Orl-28KRS

HAIRTECK, INC.,

                         Defendant.
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, HAIRTECK, INC. (Doc. No. 15)** |
| **FILED:** | **May 18, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The Court construes the motion to dismiss, doc. no. 14, as a motion to be relieved of the

default entered against the defendant.  Accordingly, a motion for default judgment is premature

pending the resolution of the motion to dismiss.

The Court will schedule a settlement conference in an effort to resolve the issues in this case before the case proceeds further.  The settlement conference will be scheduled by separate notice.

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2006.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties