**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA ROSS,**

                **Plaintiff,**

**-vs-**                                                  **Case No.  6:06-cv-428-Orl-28KRS**

**HAIRTECK, INC.,**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS CASE (Doc. No. 13)**
>
> **FILED:**      May 16, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:**    **PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STRIKE SCANDALOUS CONTENTS OF MOTION TO DISMISS . . . . (Doc. No. 14)**
>
> **FILED:**      May 18, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Defendant Hairteck, Inc.'s Motion To Dismiss Case (doc. no. 13) violates Middle District of Florida Local Rule 2.03(d), which provides that a corporation can only appear and be heard through counsel of record who is a member of the bar of this Court. The motion was filed by Randy Lowery, who is neither an attorney nor a member of the bar of this Court.

Accordingly, Defendant Hairteck, Inc.'s Motion To Dismiss Case (doc. no. 13) is hereby stricken from the record. The Clerk is directed to delete this document from the file. Any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

Additionally, the deadline for Hairteck to answer or otherwise respond (through counsel) to Plaintiff Linda Ross's Complaint (doc. no. 1) is extended to July 17, 2006.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties