**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA ROSS,**

                  **Plaintiff,**

**-vs-**                                                      **Case No. 6:06-cv-428-Orl-28KRS**

**HAIRTECK, INC.,**

                  **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO INSPECT PROPERTY WITH EXPERT AT 9AM ON MONDAY, JUNE 26, 2006 (Doc. No. 21)**
>
> **FILED:** May 31, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Upon review of the Court's files, I have determined that Plaintiff Linda Ross has filed three cases (Case No. 6:06-cv-429-31JGG; Case No. 6:06-cv-430-19DAB; Case. No. 6:06-cv-431-31DAB), in addition to the present action, against businesses located in Indialantic, Florida. In this case and another of those cases, the defendants indicate that they are financially unable to obtain counsel. In the present motion, counsel for Ross indicates that he, too, is attempting to keep the costs of this litigation at a minimum.

It seems appropriate, therefore, for me to hold a settlement conference simultaneously in all four cases in an attempt to resolve the issues before further expenses are incurred. I am willing to hold this settlement conference in Indialantic, at which time the parties and their experts, if any, can jointly inspect the premises at issue and discuss whether there is a way to resolve the cases without further litigation, if this procedure is agreeable to all parties and a suitable location for the settlement conference can be found.

Accordingly, the court-ordered inspection of the Hairteck, Inc. premises and the settlement conference scheduled in this case for June 26, 2006, are **CANCELLED.** By separate order, I will direct counsel for the plaintiff to confer with the defendants and their counsel in each of these cases[1] to select available dates for the Court to conduct a settlement conference.

The Clerk of Court is directed to mail a copy of this Order to the defendant at its address of record.

**DONE** and **ORDERED** in Orlando, Florida on June 2, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] I recognize that the defendant in Case No. 6:06-cv-429-31JGG has not yet been served. It would greatly facilitate the settlement conference if counsel for the plaintiff promptly served this defendant so that it could be invited to participate in the joint settlement conference.

-2-