# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LINDA ROSS,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:06-cv-428-Orl-28KRS**

**HAIRTECK, INC.,**

        **Defendant.**

## ORDER

The default entered by the Clerk against Defendant Hairteck, Inc. on May 11, 2006 (doc. no. 12), is hereby **VACATED**. The deadline for Hairteck to answer or otherwise respond (through counsel) to Plaintiff Linda Ross's Complaint (doc. no. 1) has been extended to July 17, 2006.

**DONE** and **ORDERED** in Orlando, Florida this 2d day of June, 2006.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties