UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA ROSS,

          Plaintiff,

-vs-                                      Case No. 6:06-cv-428-Orl-28KRS

HAIRTECK, INC.,

          Defendant.
_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss For Failure Of Plaintiff To Include An Indispensable Party (Doc. No. 30) filed July 19, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 27, 2006 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Dismiss is **DENIED** without prejudice to assert the defense of failure to join an indispensable party in the answer to the complaint.

DONE and ORDERED in Chambers, Orlando, Florida this \_\_\_15\_\_\_ day of August, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party